PROB 12C                                                                                Report Date: October 28, 2015
(7/93)

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant for Offender Under Supervision

Name of Offender: Lonnie Roid Goin                Case Number: 0980 2:10CR00033-JLQ-3

Address of Offender:                              Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: July 8, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. §§ 841(a)(1) and 846 |
| Original Sentence: | Prison 60 months; TSR - 180 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J.C. Jacobs, III |
| | Date Supervision Commenced: April 25, 2014 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: April 24, 2029 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On October 19, 2015, Mr. Goin reported to the U.S. Probation Office and was directed to begin weekly reporting effective immediately. Mr. Goin was directed to report back to U.S. probation on October 26, 2015, and he agreed to do so. Mr. Goin then failed to report on October 26, 2015, as directed. On October 27, 2015, the undersigned officer received a voice mail from Mr. Goin apologizing for the missed appointment stating that he overslept and had a migraine.<br><br>In addition, Mr. Goin had an appointment with Alcohol Drug Education Prevention and Treatment (ADEPT) on October 26, 2015, at 1400 hours. The undersigned officer had previously directed him to attend this appointment as well, to further assess if he was amenable to treatment. Mr. Goin arrived 30 minutes late for his scheduled appointment, at which time ADEPT staff were unable to see him, and instead simply provided him with a brief explanation of his current treatment level. |

Prob12C
Re: Goin, Lonnie Roid
October 28, 2015
Page 2

2　　　**Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On June 16, 2015, Mr. Goin attended an intake appointment with Lakeside Recovery Center of Spokane to address his relapse previously reported to the Court. Mr. Goin was subsequently placed in intensive outpatient counseling at a rate of three classes per week. During his treatment with Lakeside Recovery, Mr. Goin missed a significant number of classes and received several positive drug tests for both illicit drugs and alcohol. Due to Mr. Goin's continued noncompliance, he was placed on a "last chance" contract effective September 2, 2015. On October 14, 2015, the undersigned officer received notification from Lakeside Recovery that Mr. Goin had been unsuccessfully terminated from treatment due to again missing treatment.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:　October 28, 2015

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/29/2015
Date