PROB 12C
(7/93)

Report Date: May 24, 2016

# United States District Court

## for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lonnie Roid Goin II        Case Number: 0980 2:10CR00033-JLQ-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: July 8, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. §§ 841(a)(1) & 846 |
| Original Sentence: | Prison - 60 months; TSR - 180 months |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| Defense Attorney: | Colin G. Prince |

Type of Supervision: Supervised Release

Date Supervision Commenced: April 25, 2014

Date Supervision Expires: April 24, 2029

## PETITIONING THE COURT

To ISSUE A WARRANT and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/28/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On May 22, 2016, the U.S. Probation Office in Spokane, Washington, received notification that Mr. Goin's name had been run by both the Washington State Patrol and the Spokane County Jail. On May 23, 2016, the relevant police reports were received by U.S. Probation. Reports indicate that Mr. Goin was observed on May 22, 2016, by the Washington State Patrol walking northbound in the southbound lanes of State Route 395. Mr. Goin was previously warned for this behavior earlier in the day by the Washington State Patrol, and was subsequently taken into custody during the second contact.

While searching the belongings of Mr. Goin, incident to arrest, 6 pill bottles were located containing four legend drugs and two controlled substances. The Washington State Patrol later learned through medical records at the hospital that Mr. Goin was in fact prescribed the medication. Police reports indicate that Mr. Goin would be cited for failing to have the pills labeled as required.

Prob12C
Re: Goin, Lonnie Roid
May 24, 2016
Page 2

The Spokane County Jail indicated that after the arrest, Mr. Goin was temporarily held on one count of disorderly conduct, in violation of R.C.W. 9A.84.030(1)(C), a misdemeanor; and one count of possession of a legend drug without proper labeling, in violation of R.C.W. 69.41.050, a misdemeanor. Mr. Goin released from the Spokane County Jail on May 23, 2016, at 1654 hours, and as of the date of this report has yet to contact the undersigned officer as required.

4     **Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: On May 6, 2016, the undersigned officer received notification from Alcohol Drug Education Prevention and Treatment (ADEPT) that Mr. Goin had failed to appear for a random urinalysis appointment previously scheduled for May 5, 2016.

Over the next several days, numerous attempts would be made in order to locate Mr. Goin to provide him with the directive that he report to U.S. Probation for urinalysis testing. The undersigned officer attempted numerous phone calls to Mr. Goin, his mother and sponsor Ms. Susan Goin, treatment staff, and area hospitals; but other than a voice mail from the offender on May 8, 2016, in which he indicated that he was not doing well and that he had a seizure, the undersigned officer was unable to locate or contact the offender.

On May 11, 2016, the undersigned officer was able to contact Ms. Susan Goin who indicated that she had not heard from or seen Mr. Goin since Saturday, May 7, 2016.

On May 13, 2016, the undersigned officer received notification from Ms. Susan Goin that the offender had been admitted to Holy Family Hospital, and on that date the undersigned officer was able to make contact with Mr. Goin at the identified location. Hospital staff indicated that Mr. Goin would be released to a transitional facility tasked with again establishing a consistent medication regimen for the offender.

On May 16, 2016, Lonnie Goin contacted the undersigned officer from the aforementioned behavioral health facility and indicated that he may be released effective May 16, 2016. Mr. Goin was directed to contact the undersigned officer when he released, to which agreed to do so.

On May 17, 2016, the undersigned officer received notification from Mr. Goin's primary treatment provider, Youth Family Adult Connections (YFA Connections), that Mr. Goin had been released from the transitional facility on May 16, 2016, and had attended treatment with their facility as required this date.

On May 18, 2016, the undersigned officer attempted an unscheduled community contact with Mr. Goin at his residence, and was informed by his mother that he was again living at the address and seemed to be doing better. Unfortunately, Mr. Goin's mother was again contacted on May 19, 2016, and May 23, 2016, and she indicated that Mr. Goin never returned back home after the morning of May 18, 2016. Based on the facts present in this case, it would appear as if Mr. Goin has now changed his residence without providing prior notification to the undersigned officer as required on at least two separate occasions. Mr. Goin's current living situation is unknown, and he has not reported to U.S. Probation since May 4, 2016.

Prob12C
Re: Goin, Lonnie Roid
May 24, 2016
Page 3

> 5
>
> **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.
>
> **Supporting Evidence**: On May 6, 2016, the undersigned officer received notification from Alcohol Drug Education Prevention and Treatment (ADEPT) that Mr. Goin had failed to appear for a random urinalysis appointment previously scheduled for May 5, 2016.
>
> On May 20, 2016, the undersigned officer again received notification from ADEPT that Mr. Goin had failed to appear for a random urinalysis appointment previously scheduled for May 19, 2016.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** requiring the offender to appear to answer to the allegations contained in this petition and all previous petitions before the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 24, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

5/24/2016
Date