PROB 12C
(6/16)

Report Date: July 18, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lonnie Roid Goin        Case Number: 0980 2:10CR00033-JLQ-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: July 8, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 846 | |
| Original Sentence: | Prison 60 months; TSR - 180 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: April 25, 2014 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: April 24, 2029 |

### PETITIONING THE COURT

To ISSUE A WARRANT and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/28/2015 and 05/24/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 15**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay. |
| | **Supporting Evidence**: Mr. Lonnie Goin violated the terms of his supervised released on or about July 17, 2016, by being unsuccessfully discharged from inpatient treatment at Spokane Treatment and Recovery Services Residential Reentry Center (STARS). |
| | On the morning of Monday, July 18, 2016, the undersigned was contacted by Mr. Goin's mother, Ms. Susie Goin. Ms. Goin expressed concern over her son's treatment status at STARS. She advised he was terminated from STARS and placed into the sobering unit at the facility on July 17, 2016. Ms. Goin did not feel this was an appropriate placement for Mr. Goin and requested follow up by the U.S. Probation Office. |

The undersigned then contacted the staff of STARS. It was confirmed that Mr. Goin was discharged from STARS due to ongoing behavioral issues to include tripping other individuals and constant refusal to take prescribed medications. Mr. Goin was transferred to their sobering unit overnight to allow them time to staff his case to determine if he would be allowed to return to STARS. However, at approximately 4:30 p.m. on July 17, 2016, Mr. Goin chose to leave the facility against staff advice. Therefore, he was unsuccessfully discharged from the program.

At the time of this report, Mr. Goin has not contacted the Untied States Probation Office and his whereabouts are currently unknown.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/18/2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

7/21/2016
Date