PROB 12C
(6/16)

Report Date: January 19, 2018

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 19, 2018

SEAN F. McAVOY, CLERK

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lonnie Roid Goin                 Case Number: 0980 2:10CR00033-JLQ-3

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: July 8, 2010

Original Offense: Conspiracy to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. §§ 841(a)(1) & 846

Original Sentence: Prison - 60 months;           Type of Supervision: Supervised Release
                   TSR - 180 months

Asst. U.S. Attorney: George J. C. Jacobs, III    Date Supervision Commenced: April 25, 2014

Defense Attorney: Federal Public Defender        Date Supervision Expires: April 24, 2029

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/09/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: On April 28, 2014, Mr. Lonnie Goin signed his conditions for case number 2:10CR00033-JLQ-3, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Goin was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.<br><br>Mr. Goin is alleged to have violated mandatory condition number 4 by using heroin on or about January 10, 2018, based on his admission and presumptive urinalysis results.<br><br>Specifically, on January 11, 2018, Mr. Goin reported to U.S. Probation as directed and prior to urinalysis testing he admitted to using heroin the previous night, January 10, 2018, indicating he was in extreme pain due to a recently sustained back injury. Mr. Goin indicated he was approached by someone on the street who offered him the substance and he accepted. |

Prob12C
**Re: Goin, Lonnie Roid**
**January 18, 2018**
**Page 2**

        Mr. Goin then submitted to urinalysis testing, the results of which were presumptive positive for morphine and amphetamine. It should be noted a positive test for amphetamine would be consistent with the client's current prescribed medication.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/09/2018.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 19, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

1/19/2018

Date