PROB 12C
(6/16)

Report Date: February 20, 2018

# United States District Court

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

for the

**FEB 21 2018**

Eastern District of Washington

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lonnie Roid Goin                Case Number: 0980 2:10CR00033-JLQ-3

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: July 8, 2010

Original Offense:        Conspiracy to Distribute 100 Grams or More of a Mixture or Substance Containing a
                         Detectable Amount of Heroin, 21 U.S.C. §§ 841(a)(1) & 846

Original Sentence:       Prison - 60 months;            Type of Supervision: Supervised Release
                         TSR - 180 months

Asst. U.S. Attorney:     George J.C. Jacobs, III        Date Supervision Commenced: April 25, 2014

Defense Attorney:        Federal Public Defender        Date Supervision Expires: April 24, 2029

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/09/2018, and 01/19/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: On April 28, 2014, Mr. Lonnie Goin signed his conditions for case number 2:10CR00033-JLQ-3, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Goin was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances. |
| | Mr. Goin is alleged to have violated mandatory condition number 4 by using heroin on or about February 14, 2018, based on his admission and presumptive urinalysis results. |
| | Specifically, on February 15, 2018, Mr. Goin reported to U.S. Probation as directed and prior to urinalysis testing admitted to using heroin the previous night, February 14, 2018, indicating without intent he again had contact with the same individual who had previously provided him with the substance resulting in his previous use of the drug as reported to the Court on the petition dated January 19, 2018. |

Prob12C
**Re: Goin, Lonnie Roid**
**February 20, 2018**
**Page 2**

Mr. Goin then submitted to urinalysis testing, the results of which were presumptive positive for morphine and consistent with his admitted use of heroin on or about February 14, 2018.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/09/2018, and 01/19/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 20, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

2/21/18
Date