PROB 12C
(6/16)

Report Date: April 19, 2018

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2018

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Lonnie Roid Goin    Case Number: 0980 2:10CR00033-JLQ-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: July 8, 2010

Original Offense:    Conspiracy to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. §§ 841 (a)(1) & 846

Original Sentence:   Prison - 60 Months;           Type of Supervision: Supervised Release
                     TSR - 180 Months

Asst. U.S. Attorney:   George J. C. Jacobs, III     Date Supervision Commenced: April 25, 2014

Defense Attorney:      Federal Public Defender       Date Supervision Expires: April 24, 2029

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/09/2018, 01/19/2018, and 02/20/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On April 28, 2014, Mr. Lonnie Goin signed his conditions for case number 2:10CR00033-JLQ-3, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Goin was made aware by his U.S. probation officer that he was required to report as directed and to follow the instructions of the undersigned officer. |
| | Further, given Mr. Goin's propensity to on occasion not return to his residence at night, specifically when he becomes ill or when his medication regimen becomes unstable, Mr. Goin has on several occasions been directed by the undersigned officer to notify the U.S. Probation Office if and when any need arises to not stay at his approved residence. |
| | Mr. Goin is alleged to have violated standard condition number 3, by not contacting the undersigned officer as directed and by not notifying the undersigned officer of any need to reside away from his current residence. |

Prob12C
**Re: Goin, Lonnie Roid**
**April 19, 2018**
**Page 2**

Specifically, on April 13, 2018, the undersigned officer received notification from Pioneer Human Services (PHS) that Mr. Goin had again missed a required random urinalysis test previously scheduled to have occurred on April 12, 2018. Ironically, prior to receiving the notification, the undersigned officer had on April 12, 2018, already left voice mails and sent text messages to the client and his sponsor notifying the parties of the undersigned officer's intent to collect a urinalysis sample from the client at his residence the following day (April 13, 2018).

On April 13, 2018, the undersigned officer received a text message from the client's sponsor who indicated the client was not at home and had left to enter detox services the previous night as he was not acting like himself. The contact was unaware of the client's current location and indicated she had not heard from the client since he left the residence.

Upon and since receiving notification the client was no longer residing at his assigned residence, numerous local treatment facilities, as well as local hospitals have been contacted in an attempt to locate Mr. Goin without success. Additionally, Mr. Goin has failed to respond to voice mails and text messages directing him to contact the undersigned officer. As of the writing of this report, Mr. Goin's current whereabouts, and his current condition is unknown. Mr. Goin is aware he is required to both sign a release of information and to contact the undersigned officer as soon as possible should he become enrolled in any local treatment or medical center.

8   **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 28, 2014, Mr. Lonnie Goin signed his conditions for case number 2:10CR00033-JLQ-3, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Goin was made aware by his U.S. probation officer that he was required to report for random urinalysis testing as directed by the undersigned officer, or when his random and assigned color was called by the contract provider.

Mr. Goin is alleged to have violated special condition number 18 by failing to report for random urinalysis testing when his assigned color has been called by the contract provider.

Specifically, and occurring since Mr. Goin's last Court appearance occurring on March 8, 2018, the contract provider has reported that Mr. Goin has failed to appear for random urinalysis testing when his assigned color has been called on the following dates: March 19, March 29, April 6, and April 12, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/09/2018, 01/19/2018, and 02/20/2018, and that the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Goin, Lonnie Roid**
**April 19, 2018**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 19, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

4/19/2018
Date